**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 24-13667

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

DURRELL MARQUIS LEE,

a.k.a. ID,

*Defendant-Appellant.*

_____

Appeals from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cr-00035-MW-MAF-1

_____

_____

No. 24-13716

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

DURRELL LEE,

*Defendant-Appellant.*

_____

Appeals from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:15-cr-00038-MW-MAF-1

_____

Before JILL PRYOR, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

Daniel F. Daly, appointed counsel for Durrell Marquis Lee in these consolidated criminal appeals, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).[1]  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeals is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motions to withdraw are **GRANTED**, and Lee's convictions, revocation of supervised release, and sentences are **AFFIRMED**.

---

[1] Daly alternatively moves for the Court to appoint Lee counsel or to allow him to file a supplemental brief pro se.  Because we grant Daly's motion to withdraw and affirm Lee's convictions and sentences, we deny these requests as moot.